No. 70–105. HANRAHAN, STATE'S ATTORNEY OF COOK COUNTY *v.* DOE ET AL.; and

No. 70–106. HEFFERNAN, GUARDIAN *v.* DOE ET AL. Appeals from D. C. N. D. Ill. Motion to vacate stay heretofore granted by MR. JUSTICE MARSHALL granted. Judgment vacated and cases remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113. Reported below: 321 F. Supp. 1385.

No. 71–92. CORKEY ET AL. *v.* EDWARDS ET AL. Appeal from D. C. W. D. N. C. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113, and *Doe* v. *Bolton, ante,* p. 179.

No. 71–1200. THOMPSON *v.* TEXAS. Appeal from Ct. Crim. App. Tex. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.

No. 71–5666. DOE *v.* RAMPTON, GOVERNOR OF UTAH, ET AL. Appeal from D. C. Utah. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.

No. 72–631. MUNSON *v.* SOUTH DAKOTA. Appeal from Sup. Ct. S. D. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.

No. 72–256. CROSSEN ET AL. *v.* ATTORNEY GENERAL OF KENTUCKY ET AL. Appeal from D. C. E. D. Ky. Judgment vacated and case remanded for further consideration in light of *Roe* v. *Wade, ante,* p. 113.